JS-6

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| DAVID SHABTAI, individually and on behalf of all others similarly situated,<br><br>          Plaintiff,<br><br>    v.<br><br>FASHION NOVA LLC,<br><br>          Defendant. | Case No. CV 22-8025 FMO (JEMx)<br><br>**ORDER DISMISSING ACTION** |

    The complaint in the above-captioned case contains individual and class allegations. Plaintiff filed a Notice of Settlement notifying the court that plaintiff has settled his individual claim with defendant. (Dkt. 37, Notice of Settlement). Plaintiff has clarified that the settlement is only as to plaintiff's individual claim and plaintiff will dismiss without prejudice the class claims. (Dkt. 39, Notice Regarding Class Claims).

    Having reviewed the case file and determined that no prejudice to the putative class will result from the dismissal, IT IS ORDERED that the above-captioned action is hereby **dismissed with prejudice** as to plaintiff's individual claim and **without prejudice** as to the class claims, and without prejudice upon good cause shown within **45 days from the filing date of this Order,** to re-open the action if settlement is not consummated.

Dated this 15th day of May, 2023.

                                                                                /s/<br>
                                                   Fernando M. Olguin<br>
                                       United States District Judge